# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ERIC PRITCHETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13CV100 SNLJ |
| | ) | |
| IAN WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's response to the Court's Order regarding the need for defendant Kenna Saddler's address in order to effectuate service of process on his behalf. The Court has attempted to serve Ms. Saddler at SECC, in addition to seeking waiver through the Missouri Department of Corrections and the Missouri Department of Mental Health. It appears from the facts and circumstances alleged in the complaint that Ms. Saddler may have been employed as a nurse by Corizon, Inc.

As such, because plaintiff has been unable to provide the Court with an address at which Ms. Saddler could be served, the Court will seek assistance from the attorney for Corizon, Inc., Mr. J. Thaddeus Eckenrode. Mr. Eckenrode, counsel of record before this Court for Corizon, Inc., f/k/a Correctional Medical Services, Inc., ("CMS") shall provide the Court, in camera, with the last known

address of Kenna Saddler, so that the Court may attempt to effectuate service on plaintiff's behalf.

Accordingly,

**IT IS HEREBY ORDERED** that within fifteen (15) days of the date of this Order, Mr. J. Thaddeus Eckenrode shall provide the Court with the last known address of defendant Nurse Kenna Saddler, who was formerly employed at SECC. Mr. Eckenrode's response to this Order should be entitled "In Camera Response to Order of January 9, 2013," and should be mailed directly to the chambers of the undersigned, at the following address: United States District Court, Eastern District of Missouri, Southeastern Division, 555 Independence, Cape Girardeau, Missouri, 63703.

**IT IS FURTHER ORDERED** that upon receipt of the in camera response, the Court will notify plaintiff in writing whether an address for Nurse Kenna Saddler has been provided, and if so, the Court will arrange for issuance of summons and Marshal's forms on plaintiff's behalf.

Dated this <u>9th</u> day of January, 2014.

                                                      /s/ Stephen N. Limbaugh, Jr.
                                                      STEPHEN N. LIMBAUGH, JR.
                                                      UNITED STATES DISTRICT JUDGE