UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ERIC PRITCHETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:13CV100 SNLJ |
| ) | |
| IAN WALLACE, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the Court's record.  As attorney Kevin Adrian of the law firm of Brown and James, P.C. has entered his appearance on behalf of defendants Cynthia Reese and Nena Kircher, the Court will vacate, in part, its January 9, 2013 Memorandum and Order directed to David Kirby with respect to the requirement that Mr. Kirby provide the Court with the last known addresses of defendants Cynthia Reese and Nena Kircher.  Accordingly,

**IT IS HEREBY ORDERED** that the January 9, 2013 Memorandum and Order directed to counsel David Kirby is **VACATED IN PART**, with respect to the requirement that Mr. Kirby provide the Court with the last known addresses of defendants Cynthia Reese and Nena Kircher.  All other respects of the January 9, 2013 Memorandum and Order remain in full force and effect.

**IT IS FURTHER ORDERED** that the Clerk of Court shall update the docket to reflect the correct names of the defendants, as reflected on the entries of appearance, answers and waiver of service filed by counsel for defendants on January 2, 2014 [Docs. #36 and #37],

Dated this   10th   day of January, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE